UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
DISTRICT COURT
05 NOV 15 AM 10: 23
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| CLEARVALUE, INC. AND RICHARD ALAN HAASE, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 02:05cv-00002 |
| v. | § § | |
| PEARL RIVER POLYMERS, INC., POLYCHEMIE INC., SNF INC., POLYDYNE, INC. AND SNF HOLDING COMPANY, | § § § § § § | Jury Demanded |
| Defendants. | § | |

## APPLICATION TO APPEAR PRO HAC VICE

1. This Application is being made for the following: Civil Action No. 02:05cv-00002. Style: ClearValue, Inc. and Richard Alan Haase v. Pearl River Polymers, Inc., Polychemie, Inc., SNF, Inc., Polydyne, Inc. and SNF Holding Company.

2. Applicant is representing the following party/ies: ClearValue, Inc. and Richard Alan Haase

3. Applicant was admitted to practice in Texas on November 10, 1988.

4. Applicant is in good standing and is otherwise eligible to practice law before this Court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. N/A

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: United States District Court, Southern District of Texas, United States Court of Appeals for the Federal Circuit.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule A.L-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule A.L-1(d)).

14. Applicant understand that he is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, Gordon G. Waggett, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: November 15, 2005

Gordon G. Waggett

Name: Gordon G. Waggett
State Bar No.: 20651700
Firm Name: Gordon G. Waggett, P.C.
Address: 3200 Southwest Freeway #2355
City/State: Houston, TX 77027
Telephone: 713/ 961-4641
Fax: 713/ 223-1476
E-mail: gordon@waggettlaw.com

-2-

Application Pro Hac Vice

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been granted for the Court this 15 day of November, 2005.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: /s/ E. Smith
Deputy Clerk

Application Pro Hac Vice